# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Robert Gene White Owl, | ) | Case No. 1:16-cr-058 |
| Defendant. | ) | |

Defendant is currently on pre-sentence release. His release conditions require that he, amongst other things, submit to electronic monitoring by the Pretrial Services Office. His sentencing hearing is currently scheduled for June 13, 2017, at 1:30 p.m. in Bismarck before Chief Judge Hovland.

The Pretrial Services Office is electronically monitoring defendant via an "ankle bracelet." The court has been advised that defendant intends to travel from his home in North Dakota to California from June 7-12, 2017. The court authorizes the Pretrial Services Office to remove defendant's "ankle bracelet" with the understanding that defendant remains subject to electronic monitoring in a matter to be determined by the Pretrial Services Office and with the following caveats. First, defendant shall provide the Pretrial Services Office with his travel itinerary. Second, defendant shall return to Bismarck no later than June 12, 2017.

**IT IS SO ORDERED.**

Dated this 15th day of May, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court